# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO THAI NGUYEN,<br><br>　　　　　Petitioner,<br>　　v.<br>W.L. MONTGOMERY,<br>　　　　　Respondent. | Case No. SACV 18-00235 JAK (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

Dated: August 30, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE